AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

        FEB 28 2023

   CLERK US DISTRICT
     DISTRICT OF NV
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-mj-00156-VCF |
| SOYVAREE KAEWDEE ) | |
| ) | Charging District: Northern District of California |
| _Defendant_ ) | Charging District's Case No. cr 23-63 JSC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco, CA 94102 | Courtroom No.: TBD |
|---|---|
| | Date and Time: 3/9/2023 10:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/28/2023

_____
_Judge's signature_

CAM FERENBACH, US MAGISTRATE JUDGE
_Printed name and title_